UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

EARLLEAN WARREN and )
HERBERT WARREN, wife and husband, )      CASE NO. 2:11-cv-350-LRH-PAL
)
Plaintiff, )      ORDER
)
vs. )
)
SOUTHWEST AIRLINES, a Texas )
Corporation, et al., )
)
Defendant. )
_____ )

FILED ✓     _____ RECEIVED
_____ ENTERED     _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 0 5 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

This case is currently scheduled for trial on the stacked calendar of Tuesday, December 4, 2012, before the Honorable Larry R. Hicks.

IT IS ORDERED that this case is referred to The Honorable Peggy A. Leen for the purpose of conducting a settlement conference.

DATED this 3rd day of March, 2012.

LARRY R. HICKS
U.S. DISTRICT JUDGE