UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

EARLLEAN WARREN and )
HERBERT WARREN, wife and husband, )   CASE NO. 2:11-cv-350-LRH-PAL
)
Plaintiff, )   ORDER
)
vs. )
)
SOUTHWEST AIRLINES, a Texas )
Corporation, et al., )
)
Defendant. )
_____ )

This case is currently scheduled for trial on the stacked calendar of <u>Tuesday, December 4, 2012, before the Honorable Larry R. Hicks</u>.

IT IS ORDERED that this case is referred to The Honorable Peggy A. Leen for the purpose of conducting a settlement conference.

DATED this 3rd day of March, 2012.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE